JS-6

PATRICIA A. DAZA-LUU (SBN: 261564)
pdazaluu@nicolaidesllp.com
YEVGENIA ALTMAN (SBN: 259883)
yaltman@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone:  (213) 402-1245
Facsimile:   (213) 402-1246

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CLASS LITIGATION ADMINISTRATION SUPPORT SERVICES, INC., and ARNOLD RODIO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, KIARA MATTHEWS, an individual, BRIANA MANNING, an individual, DOES 1 to 50,<br><br>Defendants. | Case No.: 2:23-cv-08839-DSF-JPR<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court, having read and considered the Stipulation for Dismissal that the Parties submitted to dismiss this action pursuant to the terms of a confidential settlement agreement, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure 41(a)(1), with each party bearing its own attorneys' fees, costs, and expenses.

**IT IS SO OREDERED.**

Dated:   December 1, 2023

_____
The Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE